IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOY JANELLA COOPER,

    Plaintiff,

vs.                                     Case No. 3:11cv78/MCR/EMT

BREVARD COUNTY JAIL, et al.,

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 23, 2011 (Doc. 4). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     This case is transferred to the United States District Court for the Middle District of Florida.

    3.     The clerk is directed to close the file.

    **DONE AND ORDERED** this 28th day of March, 2011.

                                *s/ M. Casey Rodgers*
                                **M. CASEY RODGERS**
                                **UNITED STATES DISTRICT JUDGE**